

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00170-CR

| | | |
|---|---|---|
| JUAN MANUEL HERNANDEZ AKA JUAN M. HERNANDEZ, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1701553R) |
| V. | § | August 31, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the trial court's judgment to recite that Juan Manuel Hernandez was convicted under Texas Penal Code Section 22.021(a)(1)(B)(iii), (a)(2)(A)(vi). We affirm the trial court's judgment as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker